

August 5, 2025

**VIA ECF**

ATTN: Hon. Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re:     *Soto v. Jili Property Management, LLC et al*
        Docket No. 1:25-cv-03934-ALC-VF;

Dear Judge Figueredo:

I am counsel for the Plaintiff, Evan Soto, in the above-referenced matter. I write to you, joined by counsel for Defendants and in accordance with Your Honor's Individual Rule 1. A., to respectfully request leave to stay discovery pending the outcome of mediation. In accordance with Your Honor's order dated July 29, 2025, the parties met and conferred pursuant to Rule 26(f) and agreed to stay discovery in the interest of conserving judicial resources.

Plaintiff thanks the Court for its time and attention to this matter.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE   Dated: 8/6/25

The parties' joint request for a stay of discovery pending the outcome of mediation is GRANTED. The parties are directed to schedule the mediation by no later than **November 28, 2025**, and to provide a status update on the outcome of mediation by **December 12, 2025**. This resolves the motion at ECF No. 11.

*Respectfully submitted,*

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Plaintiff*

Kristen Pleszewicz, Esq.

NYC Office: 450 Seventh Avenue, Floor 30, New York, NY 10123